*ORDER*

PER CURIAM

Joseph Kaliszewski ("Appellant") appeals from a judgment of the Missouri Labor and Industrial Relations Commission ("the Commission") denying him unemployment compensation because he was an independent contractor and not an employee of Newell D. Dubail and his partners (collectively, "the Partnership"). We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

---

Chris Koster, Atty. Gen., Mary H. Moore, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

*ORDER*

PER CURIAM

Michael Coffman appeals the motion court's denial of his Rule 29.15 motion for post-conviction relief. The motion court's findings of fact and conclusions of law are not clearly erroneous. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. We affirm. Rule 84.16(b)(2) & (5).

---

**Michael COFFMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 101802

Missouri Court of Appeals,
Eastern District,
**Division Three.**

Filed: October 6, 2015

Andrew E. Zleit, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Appellant.

---

**STATE of Missouri, Respondent,**

v.

**Nathaniel DAVIS, Appellant.**

No. ED 102139

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: October 6, 2015

Samuel Buffaloe, 1000 West Nifong, Bldg. 7, Ste. 100, Columbia, MO 65203, for appellant.